UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARMEN COPELAND,<br><br>                    Plaintiff,<br><br>    v.<br><br>MACY'S INC.,<br><br>                    Defendant. | CASE NO. C19-6058-BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Mary Alice Theiler, United States Magistrate Judge. Dkt. 16. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    Defendant's Motion for Summary Judgment or, Alternatively, Motion to Compel Arbitration, Dkt. 12, is **GRANTED**;

ORDER - 1

1  (3)  Plaintiff's complaint, and this action, are **DISMISSED** with prejudice; and

2  (4)  The Clerk shall enter JUDGMENT and close this case.

3  Dated this 21st day of July, 2020.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge